## Jacob Kolacz, Appellant, v. Chicago Surface Lines, Appellee.

**Gen. No. 43,448.**

opinion filed February 5, 1947; released for publication February 21, 1947. Harry S. Posner, for appellant; Leo S. Karlin, of counsel; Frank L. Kriete, Harry I. Parsons and Arthur J. Donovan, for appellees; William J. Flaherty and James O. Dwight, of counsel. Opinion by PRESIDING JUSTICE LEWE. **Not to be published in full.**